| | |
|---|---|
| 1  MELINDA HAAG (CABN 132612)<br>   United States Attorney<br>2<br>   MIRANDA KANE (CABN 150630)<br>3  Chief, Criminal Division<br>4  MEREDITH J. EDWARDS (CABN 279301)<br>   Special Assistant United States Attorney<br>5<br>   150 Almaden Boulevard, Suite 900<br>6  San Jose, CA 95113<br>   Telephone: (408) 535-5061<br>7  Fax:  (408) 535-5066<br>   E-Mail: meredith.edwards@usdoj.gov<br>8<br>   Attorneys for Plaintiff | **FILED**<br>AUG 23 2012<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ERIC CHIQUITO-VALLE,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR 12-70188 HRL<br>NOTICE OF DISMISSAL<br>SAN JOSE VENUE |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED: August 14, 2012                    Respectfully submitted,

MELINDA HAAG
United States Attorney

                                           /s/
                                          _____
                                          MEREDITH J. EDWARDS
                                          Special Assistant United States Attorney

NOTICE OF DISMISSAL (CR 12-70188 HRL)

| | |
|---|---|
| 1 | Leave is granted to the government to dismiss the complaint. It is further ordered that the |
| 2 | arrest warrant issued in connection with the complaint is quashed. |

Date: 8/23/12

_____
HOWARD R. LLOYD
United States Magistrate Judge