```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  MEREDITH J. EDWARDS  (CABN 279301)
    Special Assistant United States Attorney
 5
        150 Almaden Boulevard, Suite 900
 6      San Jose, CA 95113
        Telephone: (408) 535-5061
 7      Fax:  (408) 535-5066
        E-Mail: meredith.edwards@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

**FILED**

AUG 2 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-70188 HRL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | |
| ERIC CHIQUITO-VALLE, | ) | SAN JOSE VENUE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED: August 14, 2012                    Respectfully submitted,

                                          MELINDA HAAG
                                          United States Attorney


                                          _____/s/_____
                                          MEREDITH J. EDWARDS
                                          Special Assistant United States Attorney

NOTICE OF DISMISSAL (CR 12-70188 HRL)

1.     Leave is granted to the government to dismiss the complaint. It is further ordered that the
2. arrest warrant issued in connection with the complaint is quashed.
3.
4. Date: 8/23/12
5.                                         HOWARD R. LLOYD
                                            United States Magistrate Judge